# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 461 - 1 | **DATE** | 6/10/2008 |
| **CASE TITLE** | United States of America vs. Ajit Vyas | | |

**DOCKET ENTRY TEXT**

Initial appearance for removal hearing held. Defendant appears in response to his arrest on 610/08. Defendant informed of his rights. Defendant waives identity hearing; the Court enters a finding of identity. By agreement of the parties, the defendant is released on a 20,000.00 secured bond. The security (a quit claim deed for the property at _____ is to be posted by 6/13/08. The defendant is directed to appear at the United States District Court - District of New Jersey on 6/23/08 at 2:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mm |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 11 AM 11:08
FILED-ED