UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**             **OFFICE OF THE CLERK**
    **CLERK**           July 15, 2008

District of New Jersey
Mr. William T. Walsh, Clerk
United States District Court
4015 Martin Luther King, Jr. Federal
  Building and United States Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:   USA  -v-   Ajit Vyas     - 08 CR 461**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 461 | _X_ Order of Removal dated: 6/10/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | _X_ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                                   Sincerely yours,

                                                   Michael W. Dobbins, Clerk

                                                   by: _____
                                                       Marsha E. Glenn, Deputy Clerk