11

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery 7-21-08 |
| 1. Article Addressed to:  08 CR 461<br><br>District of New Jersey<br>Mr. William T. Walsh, Clerk<br>United States District Court<br>4015 Martin Luther King, Jr. Federal Building and United States Courthouse<br>50 Walnut Street<br>Newark, NJ 07102 | D. Is delivery address different from item 1?  ☐ Yes  ☒ No<br>If YES, enter delivery address below:<br><br>08 CR 461<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 2845 |

PS Form 3811, February 2004     Domestic Return Receipt

**FILED**

JUL 24 2008  TC
Jul 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT